IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00980-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ELIZABETH ANNE BRYANT,

    Plaintiff,

v.

JUDGE DEBRA BOUDREAU,
COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Elizabeth Anne Bryant, resides in Penrose, Colorado. On May 7, 2015, she submitted a Complaint (ECF No. 1) and a Motion to File Without Payment of Filing Fee (ECF No. 3). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this order. Ms. Bryant will be directed to cure the following if she wishes to pursue her claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   __   is not submitted
(2)   _xx_   is not on proper form (must use the Federal Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   __   other:

**Complaint or Petition**:
(9)   __   is not submitted
(10)  __   is not on proper form (must use the court's current form)
(11)  xx   is missing an original signature by the Plaintiff
(12)  xx   is incomplete (please include all pages, including Request for Relief)
(13)  __   uses et al. instead of listing all parties in caption
(14)  xx   names in caption do not match names in text of Complaint (names in caption should match the names listed as Parties in Section A)
(15)  xx   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  xx   other: Caption must include names of Defendants, not a summary of claim.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used to file a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs, along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED May 8, 2015, at Denver, Colorado.

BY THE COURT:


s/Gordon P. Gallagher
United States Magistrate Judge