IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00980-GPG

ELIZABETH ANNE BRYANT,

    Plaintiff,

v.

JUDGE DEBRA BOUDREAU,
COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Elizabeth Anne Bryant, is a resident of Penrose, Colorado. On May 7, 2015, Plaintiff filed *pro se* a Complaint (ECF No. 1) and a "Motion to File Without Payment of Filing Fee" (ECF No. 2). On May 8, 2015, the Court found that the submitted documents were deficient and ordered Plaintiff to cure certain designated deficiencies within thirty days. (ECF No. 4). Plaintiff filed an Amended Complaint and a § 1915 Motion on July 6, 2015. (ECF No. 7). On July 7, 2015, the Court found that the Amended Complaint was deficient because it did not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. (ECF No. 9). For example, the Court explained to Plaintiff that if she was attempting to seek judicial review of a decision denying her claim for social security disability benefits, she needed to allege when the Commissioner denied her claim for benefits and the reason her claim was denied. The Court ordered Plaintiff to file an amended complaint that complied with Rule 8 within thirty days of the Order if she wished to pursue her claims. Plaintiff was

warned that if she failed to file an amended complaint within the time allowed, the action would be dismissed without further notice.

Plaintiff has not filed an Amended Complaint. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies within the time allowed. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies and file an amended complaint as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   13th   day of   August  , 2015.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court